IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02772-MSK-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

BARRY G.  GUSTAFSON,

Defendant(s).

---

MINUTE ORDER

---

It is hereby **ORDERED** that Plaintiff American Family's Motion for Protective Order (docket no. 18) is **GRANTED** as follows finding good cause shown.  I find that the requested language by Plaintiff of: **"If either party challenges an Attorneys Eyes Only designation before the Court, the prevailing party in any such action shall be entitled to its reasonable attorney fees and costs as a result of the dispute."** is unnecessary and shall not be included in paragraph 6 Declassification in the written Protective Order.  This court has the authority to sanction a party for discovery violations without such language as suggested by Plaintiff.

It is **FURTHER ORDERED** that the written Protective Order is **APPROVED** as amended in paragraph 6 and made an Order of Court.

Date:  March 5, 2009