IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02772-MSK-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,

     Plaintiff,

v.

BARRY G. GUSTAFSON, a resident of Colorado,

     Defendant.

---

**ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE**
( Docket No. 63 )

     This matter coming before the Court pursuant to the Motion For Withdrawal of

Appearance in the above-captioned matter, and the Court being advised in the premises, it is

hereby:

     ORDERED that the Motion For Withdrawal of Appearance is granted and Jessica R.

Torbin of Snell & Wilmer L.L.P. is allowed to withdraw as counsel of record for Plaintiff.

     Dated this 6-12 day of July, 2009.

                         U.S. DISTRICT COURT

                                   **MICHAEL J. WATANABE**
                                   **U.S. MAGISTRATE JUDGE**
           U.S. District Court Judge     **DISTRICT OF COLORADO**

10226287.1

The Clerk of the Court shall remove CM/ECF electronic notification for this attorney in this civil action.