IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02772-MSK-MJW

AMERICAN FAMILY MUTUAL INSURANCE CO.,
a Wisconsin corporation,

        Plaintiff,

v.

BARRY G. GUSTAFSON
a resident of Colorado,

        Defendant.

---

BARRY G. GUSTAFSON
a resident of Colorado,

        Counterclaimant,

v.

AMERICAN FAMILY MUTUAL INSURANCE CO.,
a Wisconsin corporation,

        Counterdefendant.

---

**ORDER GRANTING STIPULATED MOTION TO VACATE EXPERT DISCLOSURE DEADLINE AND SET TELEPHONIC STATUS CONFERENCE**
( Docket No. 78 )

THIS MATTER having come before this Court upon the Parties' Stipulated Motion to Vacate Expert Disclosure Deadline and Set Telephonic Status Conference, and having been so advised in the premises,

HEREBY ORDERS that said Motion is Granted. The expert designation deadline presently set for August 31, 2009, is vacated. Counsel are directed to contact the court within

{00715823 / 1}

five (5) days to set a date and time for the Telephonic Status Conference, where the parties will discuss a new deadline for expert witness designation and any other deadlines that need to be modified.

DONE THIS 1ST DAY OF September, 2009.

BY THE COURT:

/s/ Michael J. Watanabe

UNITED STATES DISTRICT COURT JUDGE

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

{00715823 / 1}                                     2