IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02772-MSK-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

BARRY G.  GUSTAFSON,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Extend Deadlines Relating to Counterclaims, Dispositive Motions and Daubert Challenges (Docket No. 98) is granted in part to the extent that the deadline for completion of discovery with regard to counterclaims is extended up to and including February 12, 2010, and the deadline for filing dispositive motions for the first party claims and the counterclaims is extended up to and including February 22, 2010.

Date: December 28, 2009