IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02772-MSK-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

BARRY G. GUSTAFSON,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant/Counterclaimant's Motion to Renew the Unresolved Portion of the Motion Set Forth at Doc. No. 132 Pursuant to the Direction of the Court at Status Conference Held on April 15, 2010 [Docket No. **140,** Filed April 19, 2010] is GRANTED**.**

It is further ORDERED that Defendant-Counterclaimant's Partially Unopposed Motion to Extend Discovery and Dispositive Motion Deadlines to Allow 30(b)(6) Deposition of American Family and Opposed Motion to Compel American Family to Produce a Witness or Witnesses for its 30(b)(6) Deposition Pursuant [sic] Fed. R. Civ. P. 37(a)(3)(B)(ii) (DN **132**), filed with the Court on March 19, 2010, is now GRANTED. The discovery cut-off date is extended to May 3, 2010, for the limited purpose of taking the Rule 30(b)(6) deposition of American Family.

Date: April 21, 2010